| AO-10 (WP)<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>**Nomination Report** | *Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)*<br>AYCOCK, SHARION H. | 2. Court or Organization<br>NORTHERN DISTRICT OF MISSISSIPPI | 3. Date of Report<br>3/20/07 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>DISTRICT JUDGE - NOMINEE | 5. Report Type (check appropriate type)<br><br>X NOMINATION; NOMINATION DATE (3/19/07)<br>___Initial ___Annual ___Final | 6. Reporting Period<br><br>1/1/06 TO 3/1/07 |
| 7. Chambers or Office Address<br>P. O. DRAWER 1100<br>TUPELO, MS 38802 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1. | CO-TRUSTEE | TRUST # 1 |
| 2. | CO-TRUSTEE | TRUST # 2 |
| 3. | CO-TRUSTEE | TRUST # 3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 1984 | MS. PERS RETIREMENT ACCOUNT; PENSION UPON RETIREMENT |
| 2 | 1988 | AETNA ANNUITY; MATURES IN 2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS |
|---|---|---|---|

**A. Filer's Non-Investment Income**

| | DATE | SOURCE AND TYPE | GROSS |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2005 | SALARY AS TRIAL JUDGE | $ 105,000.00 |
| 2. | 2006 | SALARY AS TRIAL JUDGE | $ 105,000.00 |
| 3 | | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2006 | SALARY FROM TRAVELERS INS. CO. | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| AYCOCK, SHARION H. | 3/20/07 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities.) | | |
| 1 | FEDERAL LAND BANK | NOTE ON PROPERTY 1 | L |
| 2 | BANCORPSOUTH BANK | UNSECURED NOTES | J |
| 3 | FEDERAL LAND BANK | NOTE ON PROPERTY 2 | L |
| 4 | THREE RIVERS PLANNING AND DEV. DISTRICT | NOTE ON PROPERTY 3 | K |
| 5 | BANCORPSOUTH BANK | NOTE ON PROPERTY 4 | L |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| AYCOCK, SHARION H. | 3/20/2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g. div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 BANCORPSOUTH COMMON STOCK | A | DIV | J | T | EXEMPT | | | | |
| 2 TRUSTMARK COMMON STOCK-RA | A | DIV | J | T | EXEMPT | | | | |
| 3 TRAVELERS COM. STOCK | A | DIV | K | T | EXEMPT | | | | |
| 4 DARRELL HARP ENT., INC. | B | DIV | N | U | EXEMPT | | | | |
| 5 4A INVESTMENT CO. | B | INT | L | T | EXEMPT | | | | |
| 6 PROPERTY 1 | A | INT | K | W | EXEMPT | | | | |
| 7 MS DEFERRED COMP. | B | INT | L | T | EXEMPT | | | | |
| 8 MS PERS RETIREMENT FUND | | NONE | L | T | EXEMPT | | | | |
| 9 DRUG STORE RENTAL -A/C | D | RENT | K | W | EXEMPT | | | | |
| 10 PERFORMANCE FUNDS | A | DIV | J | T | EXEMPT | | | | |
| 11 MET-LIFE COMMON STOCK | A | DIV | K | U | EXEMPT | | | | |
| 12 G. PUTMAN FUND OF BOSTON-SA | C | DIV | J | T | EXEMPT | | | | |
| 13 PUTMAN GROWTH AND INCOME-SA | A | DIV | J | T | EXEMPT | | | | |
| 14 PUTMAN HEALTH SCIENCES-SA | B | DIV | J | T | EXEMPT | | | | |
| 15 AETNA ANNUITY | | NONE | J | T | EXEMPT | | | | |
| 16 WASHINGTON MUTUAL BANK-RA/CD | A | INT | J | T | EXEMPT | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| AYCOCK, SHARION H. | 3/20/07 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE . (No reportable income, assets, or transactions) | | | | | | | | | |
| 17 CAPITAL INC. BUILDER FUND-RA | A | DIV | J | T | EXEMPT | | | | |
| 18 CAPITAL WORLD GROWTH AND INC. | A | DIV | J | T | EXEMPT | | | | |
| 19 FUNDAMENTAL INVESTORS FUND-RA | A | DIV | J | T | EXEMPT | | | | |
| 20 GROWTH FUND OF AMERICA-RA | A | DIV | J | T | EXEMPT | | | | |
| 21 HOME FEDERAL SAVINGS BANK-RA/CD | A | INT | J | T | EXEMPT | | | | |
| 22 BANCORPSOUTH CD-MR | A | INT | J | T | EXEMPT | | | | |
| 23 BANK OF WALKER CO-MR-3M | A | INT | J | T | EXEMPT | | | | |
| 24 BANCORPSOUTH -MR 3M | A | INT | J | T | EXEMPT | | | | |
| 25 TRUSTMARK RENTAL-MR 3M | B | RENT | K | T | EXEMPT | | | | |
| 26 TIMBERLAND-ITAWAMBA CO-MR 3M | · | NONE | L | W | EXEMPT | | | | |
| 27 TRUSTMARK MONEY MARKET-SA | A | INT | J | T | EXEMPT | | | | |
| 28 MORGAN KEEGAN MONEY MARKET-SA | B | INT | K | T | EXEMPT | | | | |
| 29 MORGAN KEEGAN MONEY MARKET MR | A | INT | J | T | EXEMPT | | | | |
| 30 BANCORPSOUTH CHECKING AC | | NONE | J | T | EXEMPT | | | | |
| 31 SOUTHERN FARM BUREAU | A | INT | J | T | EXEMPT | | | | |
| 32 JANUS-MR | A | DIV | | | | | | | |
| 33 ST. PAUL COMMON STOCK FUND | C | DIV | N | T | EXEMPT | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | AYCOCK, SHARION H. | 3/20/07 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 | ST. PAUL TRAVELERS PREFERRED FUND | A | DIV | K | T | EXEMPT | | | | |
| 35 | NEUBERGER BERMAN GENESIS FUND | C | DIV | L | T | EXEMPT | | | | |
| 36 | COMMUNITY SPIRIT-DRUG STORE RENTALS-CD | B | INT | K | T | EXEMPT | | | | |
| 37 | MS.DEV. BK SPL.OBLG.SOUTHHAVEN WTR SWR SYS PROJECT AMBAC | A | INT | L | T | EXEMPT | | | | |
| 38 | RICHARSON DEV. CO. ACCOUNT RECEIVABLE | A | INT | K | T | EXEMPT | | | | |
| 39 | TRUSTMARK COMMON STOCK-SA | B | DIV | K | T | EXEMPT | | | | |
| 40 | COMDISCO HOLDING CO | A | DIV | J | T | EXEMPT | | | | |
| 41 | FEDERAL LAND BANK | A | INT | J | T | EXEMPT | | | | |
| 42 | COMMUNITY SPIRIT MONEY MARKET | A | INT | | | | | | | |
| 43 | TREMONT DEV. CO. | A | INT | J | T | EXEMPT | | | | |
| 44 | GEORGE PUTMAN OF BOSTON-MR | A | DIV | J | T | EXEMPT | | | | |
| 45 | PUTMAN GROWTH AND INCOME-MR | A | DIV | J | T | EXEMPT | | | | |
| 46 | PUTMAN HEALTH SCIENCES-MR | A | DIV | J | T | EXEMPT | | | | |
| 47 | WORLD COM COMMON STOCK-MR | | NONE | J | T | EXEMPT | | | | |
| 48 | GEORGE PUTMAN OF BOSTON-MR | A | DIV | J | T | EXEMPT | | | | |
| 49 | PUTMAN GROWTH AND INCOME-MR | A | DIV | J | T | EXEMPT | | | | |
| 50 | MCKEE HOUSE, FULTON, MS-RDC | D | RENT | L | W | EXEMPT | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 51 PROPERTY 3 | E | RENT | M | W | EXEMPT | | | | |
| 52 PROPERTY 4 | C | RENT | K | W | EXEMPT | | | | |
| 53 ST. PAUL TRAVELERS PENSION FUND | | NONE | M | T | EXEMPT | | | | |
| 54 PROPERTY 2 | B | RENT | M | W | EXEMPT | | | | |
| 55 KENT PLACE FARM, TREMONT, MS. | B | RENT | M | W | EXEMPT | | | | |
| 56 WHITE OAKS LOT IN TUPELO, MS. | | NONE | K | W | EXEMPT | | | | |
| 57 FINN STONE PROPERTY, TREMONT, MS. | | NONE | J | W | EXEMPT | | | | |
| 58 ORAHMAN LOT, FULTON, MS | | NONE | J | W | EXEMPT | | | | |
| 59 BRICE'S CROSSROADS FARM, BALDWYN, MS | B | RENT | K | W | EXEMPT | | | | |
| 60 TRUST # 1-GUIDE ONE/KANSAS LIFE INS. | B | INT | M | T | EXEMPT | | | | |
| 61 TRUST # 1 -FEDERATED LIFE | B | INT | M | T | EXEMPT | | | | |
| 62 WINDSOR II –MR | A | DIV | K | T | EXEMPT | | | | |
| 63 TRUST #'S 2 & 3 - JEFFERSON PILOT | | NONE | N | T | EXEMPT | | | | |
| 64 BANK OF WALKER COUNTY STOCK-SA | A | DIV | J | T | EXEMPT | | | | |
| 65 TRUSTMARK SAVINGS A/C-DHJ/SA | A | DIV | J | T | EXEMPT | | | | |
| 66 SHOP/OFFICE BUILDING | | NONE | L | T | EXEMPT | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000<br>P4=More than $50,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. POSITION | NAME OF ORGANIZATION/ENTITY

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| PRESIDENT | RICHARDSON DEVELOPMENT CO., INC. |
| DIRECTOR | RICHARDSON DEVELOPMENT CO., INC. |
| DIRECTOR | DARRELL HARP ENTERPRISES, INC. |
| DIRECTOR | TREMONT DEVELOPMENT CO., INC. |
| CUSTODIAN | MORGAN KEEGAN ROTH IRA, MR |
| CUSTODIAN | VANGUARD, MR |
| PROPRIETOR | DARRELL HARP ENTERPRISES, INC. |
| PROPRIETOR | RICHARDSON DEVELOPMENT CO., INC. |
| PROPRIETOR | TREMONT DEVELOPMENT CO., INC. |
| CONSULTANT | HOMAN INDUSTRIES ADVISORY BOARD |

2. NON-INVESTMENT INCOME

| Year | Description | Amount |
|---|---|---|
| 2006 | DARRELL HARP ENTERPRISES, INC. DIRECTOR'S FEE | $ 3600.00 |
| 2006 | HOMAN INDUSTRIES ADVISORY BOARD FEE | 1500.00 |
| 2007 | SALARY AS TRIAL JUDGE (TO-DATE) | 8750.00 |
| 2006 | COLLECTION OF OLD ATTORNEY'S FEE | 7000.00 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Sharion H. Aycock_          Date _March 22, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (3 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 96 | 150 | Notes payable to banks-secured | | 53 | 000 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | 11 | 500 |
| Listed securities-add schedule | | 473 | 700 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 385 | 500 | Notes payable to others | | | |
| Accounts and notes receivable: | | 38 | 000 | Accounts and bills due | | 4 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 85 | 000 |
| Real estate owned-add schedule | | 723 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 122 | 000 | Loan against 401(k) | | 3 | 000 |
| Cash value-life insurance | | 6 | 000 | | | | |
| Other assets itemize: | | 448 | 600 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 156 | 500 |
| | | | | Net Worth | 2 | 136 | 450 |
| Total Assets | 2 | 292 | 950 | Total liabilities and net worth | 2 | 292 | 950 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 3 | 800 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |